THOMAS E. WALKER, Respondent, *v.* THE SECOND AVENUE
RAILROAD COMPANY, Appellant.

(Argued April 22, 1891; decided May 8, 1891.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
June 28, 1889, which affirmed a judgment in favor of plaintiff
and affirmed an order denying a motion for a new trial.

*Aug. S. Hutchins* for appellant.

*Charles A. Flammer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

SARAH J. PIRSSON et al., Respondents, *v.* OLIVER M. ARKEN-
BURGH, Appellant.

(Argued April 23, 1891; decided May 8, 1891.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
January 5, 1891, which affirmed a judgment in favor of plain-
tiff entered upon a verdict directed by the court and affirmed
an order denying a motion for a new trial.

*Robert F. Little* for appellant.

*John Alex. Beall* for respondents.

Agree to affirm; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.